UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
DEC 01 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES GRAY,<br>                Defendant. | Criminal No. 5:20-CR-44<br><br>Violations:  18 U.S.C. § 922(g)(1)<br>                    18 U.S.C. § 924(a)(2) |
|---|---|

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Unlawful Possession of a Firearm)

On or about October 5, 2020, in Marshall County, in the Northern District of West Virginia, the defendant, **JAMES GRAY**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is, the offense of Conspiracy to Commit Manufacturing of a Controlled Substance, in the Circuit Court of Marshall County, West Virginia, Case No. 16-F-57; the offense of Grand Larceny, in the Circuit Court of Marshall County, West Virginia, Case No. 07-F-37; the offense of Grand Larceny, in the Circuit Court of Marshall County, West Virginia, Case No. 08-F-89; and the offense of Inmate in Possession of a Controlled Substance, in the Circuit Court of Marshall County, West Virginia, Case No. 12-F-50, knowingly possessed a firearm in and affecting interstate commerce, that is, a Colt, model Mustang XSP, .380 caliber pistol, Serial No. MP11339, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill:

/s/
Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

David J. Perri
Assistant United States Attorney